IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY RONE, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:14CV00542 SWW-JJV |
| | * |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration, | * |
| | * |
| Defendant. | * |

**Order**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 1st day of July, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE